PRESENT:   Hon. Alvin K. Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                ORDER WITHDRAWING
      Plaintiff,         THE PORTELA LAW
                FIRM, P.C. AS COUNSEL

  -against-

CARLOS ROBLES,          INDEX NO.: 2007cr00753
DILENNY DUARTE,
ANGEL TAVAREZ,
JOSE VILLARRELA,
MARIA E. POLO,
MARIA A. POLO,
ANTONIA BETREIZ,
JOSE GONZALEZ,
MANUEL BOLDERA,
MEJIAS GIOVANNI,

        Defendants.
------------------------------------------------------------------------X

  Upon reading and filing the Letter Motion and Affirmation of Manuel Portela, Jr., Esq., of The Portela Law Firm, P.C., attorneys for the Defendant Angel Tavarez, dated December 19, 2007, in support of the application of The Portela Law Firm, P.C. to be withdrawn as counsel for Defendant Angel Tavarez, and for the Court to appoint counsel to Defendant; and there being no opposition by Plaintiff, and after due deliberation,

  NOW, upon the motion of The Portela Law Firm, P.C. for an Order to be withdrawn as counsel for Defendant Angel Tavarez, it is

  ORDERED, that The Portela Law Firm, P.C. shall be and is hereby withdrawn as counsel for Defendant Angel Tavarez, and it is further

ORDERED, that The Portela Law Firm, P.C. shall have no further responsibility in this action, and that Defendant Angel Tavarez, shall have the opportunity to take such steps as he may deem necessary to protect his rights in this matter; and it is further

ORDERED, that the Court shall appoint counsel to Defendant; and it is further

ORDERED, that The Portela Law Firm, P.C. shall forthwith serve a copy of this Order with Notice of Entry upon all attorneys of record in this action and upon Defendant by mailing same to their last known addresses.

ENTER:

_____
Hon. Alvin K. Hellerstein
United States District Court Judge