UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -V.-

FELIX MARIZAN-BRITO,
    a/k/a "Jose Miguel Gonzalez,"
MARIA EDUVIGIS POLO,
DILENNY MERGEDES DUARTE,
CARLOS ROBLES,
JOSE EMENEGILDO MEJIA-VOLQUEZ,
    a/k/a "Mejias Giovanni,"
MANUEL BALDERA,
ANTONIA BETREIZ POLO, and
ANGELO TAVAREZ,

               Defendants.
------------------------------------------------------------X

S1 07 Cr. 753 (AKH)

ORDER

On the application of Frederick H. Cohn, attorney for the defendant Angelo Tavarez and on the consent of the government, the defendant's bail conditions are hereby amended in that his home confinement is eliminated, his braceletting is to continue, and he will have a curfew as set by Pre Trial Services. All other conditions of bail are continued as previously set.

Dated: 3/19/08

                                             U.S.D.J.