**FREDERICK H. COHN**

ATTORNEY AT LAW

61 BROADWAY

SUITE 1601

NEW YORK, NY 10006

212-768-1110

FAX 212-267-3024

fcohn@frederickhcohn.com

May 12, 2008

Hon. Alvin K. Hellerstein
United States Court House
500 Pearl Street
New York, NY 10007

                              Re: United States v. Tavarez
                                  S4 07 Cr 753 (AKH)

Filed via ECF

Dear Judge Hellerstein:

      This letter constitutes an application for translation services for Mr. Tavarez. The Government and the defendant, through me, have agreed on a disposition. I have been sent a plea agreement. The defendant is a Spanish speaker and is only 21 years old. Because of his youth and inexperience I am reluctant to rely on a paraphrased explanation of the agreement.

      The Criminal Justice Act allows me to retain outside services only up to $500.00. The Plea agreement and Waiver of Indictment will far exceed that amount. Translations are at $.25 per word (Counted in the translation. The plea agreement is, by my estimate, between 1600 and 2000 words in English). A 20% increment for Spanish is estimated making the word count somewhere above 2000 words, at best exceeding the amount I may authorize.

      Because this matter is set for trial in early June, time is of the essence in securing the translation so that the plea in this case is without potential difficulty. I ask that you authorize the expenditure as quickly as your schedule permits.

                                                  Respectfully yours,

                                                   Frederick H. Cohn

cc: Marshal Camp, AUSA