```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    WAIVER OF INDICTMENT

        - v. -                    :    S5 S4 07 Cr. 753 (AKH)

ANGELO TAVAREZ,
                                  :
            Defendant.            :

- - - - - - - - - - - - - - - - - - -x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 4, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Angelo Tavarez

_____
Witness

_____
Frederick H. Cohn, Esq.
Counsel for Angelo Tavarez

Date:    New York, New York
         May 22, 2008

