UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      - v. -                         :

ANGELO TAVAREZ,                     :     INFORMATION

          Defendant.              :     S5 S4 07 Cr. 753 (AKH)

- - - - - - - - - - - - - - - x

COUNT ONE

      The United States Attorney charges:

      1.  From in or about June 2007 through on or about July 12, 2007, in the Southern District of New York, ANGELO TAVAREZ, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the distribution, and possession with intent to distribute, of heroin by another person, unlawfully, willfully, and knowingly did conceal and did not as soon as possible make known the commission of that felony to some judge and other person in civil and military authority under the United States.

      (Title 18, United States Code, Section 4.)

                                             /s/ Michael J. Garcia
                                          MICHAEL J. GARCIA
                                          United States Attorney

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: MAY 2 2 2008]

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v -

ANGELO TAVAREZ,

Defendant.

---

**INFORMATION**

S1 07 Cr. 753 (AKH)

(Title 18, United States Code,
Section 4.)

---

MICHAEL J. GARCIA
United States Attorney.

---

5/22/08 Waiver Information + Waiver of Indictment filed. Deft arraigned on information S1 07 Cr 753. Deft pres w/ Atty. Frederick Cohen; AUSA Marshall Camp pres. Court reporter Eve Giniger pres.; Interpreters Nancy Festinger + Dagoberto Orientla pres.; Deft enters a plea of guilty to S1 07 Cr 753 information; PSI ordered; Sentencing set for 9/12/08 @ 11:30am. Bail conditions modified as follows - No electronic monitoring; curfew is modified to 10:00 p.m.

Hellerstein, J.