PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Angelo Tavarez                                    Docket No. 2007-CR-0753-9 (AKH)

## Petition for Action on Conditions of Pretrial Release

COMES NOW Gianfranco Furelli, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Angelo Tavarez, who is charged with Narcotics Conspiracy and for whom bail was set by Magistrate Judge Kevin Nathaniel Fox, who was sitting in the Court in the Southern District of New York on August 9th, 2007, under the following conditions:
$ 150,000 personal recognizance bond cosigned by 4 financially responsible persons (one of whom shall be the aunt with whom the defendant must reside with in Yonkers, NY); strict Pretrial Services supervision with drug testing; home detention enforced by electronic monitoring; seek and maintain employment and or school; surrender travel documents and no new applications; travel restricted to the Southern and Eastern Districts of New York. Subsequently, the defendant was released on Pretrial Services electronic monitoring supervision. On March 20th, 2008, Your Honor modified the defendant's bail conditions from home detention to a curfew as set by Pretrial Services.

### Respectfully presenting petition for action of Court and for cause as follows:

On May 23rd, 2008, the defendant entered a guilty plea to count 1s as charged in the superseding indictment. A PSI was ordered and sentencing is set for September 12th, 2008 at 11:30 a.m. Your Honor modified the defendant's bail conditions to eliminate the condition of electronic monitoring and defendant's curfew was modified to 10:00 p.m. daily. The defendant attends night classes which end at 10:30 p.m.. The undersigned officer has consulted with AUSA Marshall A. Camp and defense counsel Frederick H. Cohn, and neither party has any objections on modifying the defendant's curfew hour to commence at 11:30 p.m.

### PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S CONDITION OF CURFEW BE EXTENDED UNTIL 11:30 P.M.

ORDER OF COURT

Considered and ordered this ___16___ day of
_____, 2008 and ordered filed and made
a part of the records in the above case.

_____
U.S. District Court Judge Alvin K. Hellerstein

I declare under penalty that the foregoing is true and correct.

Respectfully,

_____
Gianfranco Furelli
U.S. Pretrial Services Officer
Electronic Monitoring Specialist

Reviewed by,

_____
Sharon T. Regis, Supervising
U.S. Pretrial Services Officer

Date: June 3rd, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08