**FREDERICK H. COHN**
ATTORNEY AT LAW
61 BROADWAY
SUITE 1601
NEW YORK, NY 10006
212-768-1110
FAX 212-267-3024
fcohn@frederickhcohn.com



So ordered
8-13-08
[signature]

August 8, 2008

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/08

Re: United States v. Tavarez
Docket N:. S4 07 Cr. 753 (AKH)

Dear Judge Hellerstein:

    This letter constitutes an application for translation services for Mr. Tavarez. I have been sent a Pre Sentence Report. The defendant is a Spanish speaker and is only 21 years old. Because of his youth and inexperience I am reluctant to rely on a paraphrased explanation of the agreement.

    The Criminal Justice Act allow me to retain outside services only up to $500.00. The ultimate costs will be at $.26 per word, the word count being the Spanish version. Because the ultimate cost will have to await the finished product, the interpreter estimated the cost by assigning four hundred words per page to 16 pages of the PSR. She then multiplied the sum (5200 words) by 20% which she says is standard because the translation always produces about that many more words (960 words) and adding the product to the original estimate (total 6240 words).

    I am advised that $.26 per word is the amount allowed by the clerks office in the Southern District which makes this a standard fee. The total estimated cost is $1,600.00 which, of course is imprecise but it is the best that can be done. I hope that this information responds sufficiently to your concerns.

Respectfully yours,

[signature]

Frederick H. Cohn